Sanborn against Gustav Lindenthal, Commissioner. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

SANDERS, Appellant, v. HOYT, Town Clerk, Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by Katharine M. Sanders against James A. Hoyt, town clerk, etc. No opinion. Judgment unanimously affirmed, with costs.

In re SANFORD. (Supreme Court, Appellate Division, Second Department. November 23, 1904.) In the matter of the application of Charles M. Sanford for admission to the bar. No opinion. Application granted.

SAUNDERS, Respondent, v. COON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by Katharine Davis Saunders against Willis H. Coon.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

McLENNAN, P. J., not voting.

SAVARESE et al., Respondents, v. HOWES TRANSPORTATION & CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1904.) Action by Vincenzo Savarese and others against the Howes Transportation & Contracting Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

SCHENECTADY RY. CO., Appellant, v. LYON et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by the Schenectady Railway Company against J. Alexander Lyon, Grace Hawley, and others. No opinion. Orders (89 N. Y. Supp. 908) affirmed, with $10 costs and disbursements in one appeal.

SCHOOLER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by Rosie Schooler, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

SCHULTZ, Appellant, v. KELLY et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Harry L. Schultz against Catherine T. Kelly and another. No opinion. Motion denied, without costs.

SCULLIN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by William J. Scullin against the Brooklyn Heights Railroad Company. No opinion. Appeal dismissed by default, with costs.

SEABOARD HOTEL CO. v. GILSEY et al. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by the Seaboard Hotel Company against Henry Gilsey and others. No opinion. Motion granted.

SEABOARD HOTEL CO. et al., Appellants, v. GILSEY et al., Respondents. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by the Seaboard Hotel Company and others against Henry Gilsey and others. L. O. Van Doren, for appellants. S. Kohn, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

SECOR et al. v. AMMON. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by James K. Secor and another against Robert A. Ammon. No opinion. Motion denied, on payment of $20 costs.

SEELEY, Appellant, v. CONNORS et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by James J. Seeley against James J. Connors and Matilda Ostrum. No opinion. Motion to dismiss appeal denied, without costs.

SEELEY v. CONNORS et al. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) In the matter of the proceedings supplementary to execution in an action entitled "James J. Seeley (judgment debtor) against James J. Connors and Matilda Ostrum (defendants) and George Allaire (judgment creditor)."

PER CURIAM. Motion to dismiss appeal granted, with costs, unless the appeal is perfected within 20 days, and case placed at the foot of the present calendar. On compliance with this condition, the motion is denied, without costs.

SHANAHAN CLOAK CO., Respondent, v. BROTHERS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by the Shanahan Cloak Company against Helen M. Brothers.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

SPRING, J., not sitting.

SHELDON v. TOWN OF ALLEGANY. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by Park C. Sheldon, as administrator, etc., against the town of Allegany.

PER CURIAM. Plaintiff's motion for new trial on exceptions, ordered heard in this court in the first instance, discontinued without costs, upon stipulation of the parties hereto.

SHEPARD v. SHEPARD. (Supreme Court, Appellate Division, First Department. November 18, 1904.) Action by Henry B. Shepard against Florence A. Shepard. No opinion. Motion denied, on payment of $10 costs.